DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEVERLY LOUISE BROOK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1026

[November 17, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Kathleen H. Roberts, Judge; L.T. Case No. 432021MM000464A.

Beverly Louise Brook, Port St. Lucie, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***